ETHEL LEWIS RYAN and JOHN S. RYAN, Appellants, v. GEDNEY, INC., and SANDY HOOK PILOTS ASSOCIATION, Respondents. [See post, p. 850.] — Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Plaintiffs waived the right to appeal from the original order by applying for and obtain-

ing an order granting reargument, even though the court adhered to its original determination. Upon entry of the order granting reargument, the appeal from the original order became a nullity. (*Weitzer* v. *Weitzer*, 255 App. Div. 795; *Schrank* v. *New York Hotel Statler Co., Inc.*, 254 id. 710.) Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.